# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOHN ROGERS

NO. 2026 KW 0568

**AUGUST 10, 2026**

---

In Re:   John Rogers, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 26-WCR-24.

---

**BEFORE:   WOLFE, STROMBERG, AND BALFOUR, JJ.**

**WRIT DENIED.** A writ of habeas corpus may not be used to contest the validity of a conviction or sentence; such claims are considered requests for postconviction relief. **Sinclair v. Kennedy,** 96-1510 (La. App. 1st Cir. 9/19/97), 701 So.2d 457, 460, writ denied, 97-2495 (La. 4/3/98), 717 So.2d 645. Relator presents arguments similar to applicants seeking postconviction relief following the decision in **Ramos v. Louisiana,** 590 U.S. 83, 140 S.Ct. 1390, 206 L.Ed.2d 583 (2020). Requests for postconviction relief must be filed in the parish of conviction. See La. Code Crim. P. art. 925. Therefore, the district court did not err by summarily dismissing relator's petition without holding an evidentiary hearing.

EW
TPS
KEB

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT